Albert B. Steindler, appellee, v. Henry J. Knies et al., defendant below. Appeal of Henry J. Knies, appellant. Gen. No. 39,392.

638

Opinion filed November 10, 1937.
Lawrence M. Fine and Robert D. Melick, for appellant. Fischel, Kahn & Heart, for appellee; Walter M. Baker and Martin Solomon, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.